# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:13-cr-00271-KJD-CWH |
| vs. ) | **ORDER** |
| RICHARD LAWRENCE STROHMETZ, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Motion for Exemption from Local Rule IA 10-6(c) (#27), filed September 6, 2013. Defendant seeks permission to file motions on his own behalf as opposed to through counsel as required by Local Rule IA 10-6(a). The request is denied. Defendant is still represented by counsel and all motions must be submitted through counsel. The Court is currently scheduled to hear Defendant's motion to dismiss counsel (#23) on September 23, 2013. As a result of this order the following motions, which were filed in violation of Local Rule IA 10-6(a), will be denied without prejudice: Motion to Challenge Grand Jury (#29), Motion for Leave to Proceed In Forma Pauperis (#32), Motion to Compel (#33), Motion to Preserve Investigation Notes and Materials (#34), Motion to Request Discovery (#35), and Motion to Extend Time (#36). Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Exemption from Local Rule IA 10-6(c) (#27) is **denied**.

**IT IS FURTHER ORDERED** that the following motions are **denied without prejudice**: Motion to Challenge Grand Jury (#29), Motion for Leave to Proceed In Forma Pauperis (#32), Motion to Compel (#33), Motion to Preserve Investigation Notes and Materials (#34), Motion to

Request Discovery (#35), and Motion to Extend Time (#36).

DATED: September 12, 2013.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**